IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIONAL FARMERS UNION PROPERTY & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JAY WILSON PRESTON; COMMUNITYTEL, INC.; RONAN TELEPHONE COMPANY, INC.; WESTERN MONTANA COMMUNITYTEL, INC., d/b/a ACCESS MONTANA; FRED WEBER; and MONTANASKY NETWORKS, INC.,<br><br>Defendants.<br>_____<br><br>RONAN TELEPHONE COMPANY, INC.; JAY WILSON PRESTON; WESTERN MONTANA COMMUNITYTEL, INC., d/b/a ACCESS MONTANA; and COMMUNITYTEL, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>NATIONAL FARMERS UNION PROPERTY & CASUALTY COMPANY,<br><br>Counter-Defendant. | CV 21–117–M–DLC<br><br><br>ORDER |

1

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 17.) The parties stipulate that this case should be dismissed with prejudice as fully settled on the merits, with each party to bear its own costs and attorneys' fees. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the above-captioned matter, including any pending claims and counterclaims, is DISMISSED with prejudice, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 9th day of March, 2022.

_____
Dana L. Christensen, District Judge
United States District Court